Otis FAUST, Plaintiff—Appellant,

v.

Warden TAYLOR; Director Ozmint; Associate Warden Burton; Major Felder; Lieutenant McNeil; Mary Montouth, Inmate Grievance Coordinator, Defendants—Appellees.

No. 08–8205.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 26, 2009.

Decided: March 6, 2009.

Otis Faust, Appellant Pro Se. Christy L. Scott, Scott & Payne Law Firm, Walterboro, South Carolina, for Appellees.

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Otis Faust seeks to appeal the district court's order denying without prejudice defendants' motion for summary judgment and recommitting the action to the magistrate judge for further proceedings. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Faust seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*